UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FITZGERALD MOTORS, INC.,
for itself and in the name of the Department
of Highway Safety and Motor Vehicles of the
State of Florida, for its use and benefit,

    Plaintiffs,

v.                                             Case No. 8:21-cv-00974-VMC-AAS

GENESIS MOTOR AMERICA, LLC,

    Defendants.
_____/

**Uniform Case Management Report**

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on 6/16/2021. John Forehand and Michael Turrill attended the conference.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

   | Action or Event | Date |
   | --- | --- |
   | Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 6/30/2021 |
   | Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 7/30/2021 |

| | |
|---|---|
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 12/15/2021 |
| Defendant's deadline for disclosing any expert report. | 1/31/2022 |
| Deadline for disclosing any rebuttal expert report. | 2/15/2022 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 2/28/2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | Enter a date. |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 4/15/2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Paul J. Ullom<br>Carlton Fields, P.A.<br>Suite 1000<br>4221 West Boy Scout Boulevard<br>Tampa, Florida 33607<br>813.229.4108 | 3/31/2022 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 10/7/2022 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 10/14/2022 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 10/21/2022 |
| Month and year of the trial term. | 11/1/2022 |

Plaintiff has requested a jury trial on all matters so triable; Defendant disputes Plaintiff's right to a jury trial. The trial will last approximately 7 days.

☐ jury.

☐ non-jury.

3. **Description of the Action**

   Plaintiff challenges the legality of Defendant's implementation of its Keystone incentive program. Plaintiff also challenges the legality of Defendant's payments to Plaintiff for service work performed pursuant to Defendant's Genesis Complimentary Maintenance plan.

4. **Disclosure Statement**

   ☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   > "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
   >
   > The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐   The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒   The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒   The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐   The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒   The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A.   The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

   ☒   Yes.
   ☐   No; instead, the parties agree to these changes: enter changes.

   B.   Discovery may be needed on these subjects:

   The various components of the Keystone incentive program; including how those components were developed and are implemented;

4

    The reimbursement parameters of the Genesis Complimentary Maintenance plan; including how those parameters were developed and implemented;
    Plaintiff's alleged damages; and,
    Plaintiff's actions in relation to the Keystone incentive program and Genesis Complimentary Maintenance plan.

C. Discovery should be conducted in phases:

  ☒ No.
  ☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

  ☐ No.
  ☐ Yes; Defendant contends certain materials that Plaintiff may request fall under the protections and notice requirements of Florida Law, specifically Fla. Stat. § 320.64(28).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

  ☒ No.
  ☐ Yes; describe the stipulation.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

### 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

### 12. Signatures

/s/ John W. Forehand
John W. Forehand (979813)
R. Craig Spickard (721751)
KURKIN FOREHAND BRANDES LLP
1089 W. Morse Blvd., Suite D
Winter Park, FL  32789
Tel: (850) 391-5060
jforehand@kfb-law.com
cspickard@kfb-law.com

*Attorneys for Plaintiff, FITZGERALD MOTORS, INC.*

/s/ James Andrew Bertron, Jr.
James Andrew Bertron, Jr. (982849)
Ginger Barry Boyd (294550)
NELSON MULLINS BROAD & CASSEL
215 South Monroe Street, Suite 400
Tallahassee, FL  32301
Tel: (850) 681-6810
Andy.bertron@nelsonmullins.com
Ginger.boyd@nelsonmullins.com

Ryan L. Ford (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC  20004
Tel: (202)-637-5600
Ryan.ford@hoganlovells.com

Michael Turrill (*pro hac vice*)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Michael.turrill@hoganlovells.com

Laura Groen (*pro hac vice*)
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO  80202
Tel: (303) 454-2423

Laura.groen@hoganlovells.com

*Attorneys for Defendant, GENESIS MOTOR AMERICA, LLC*