UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FITZGERALD MOTORS, INC.,
for itself and in the name of the Department
of Highway Safety and Motor Vehicles of the
State of Florida, for its use and benefit,

    Plaintiff,

  v.                                                   CASE NO.: 8:21-cv-00977-TPB-SPF

HYUNDAI MOTOR AMERICA
CORPORATION,

    Defendant.
_____/

FITZGERALD MOTORS, INC.,
for itself and in the name of the Department
of Highway Safety and Motor Vehicles of the
State of Florida, for its use and benefit,

    Plaintiff,

  v.                                                   CASE NO.: 8:21-cv-00974-VMC-AAS

GENESIS MOTOR AMERICA, LLC,

    Defendant.
_____/

**JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES**

Plaintiff, Fitzgerald Motors, Inc. ("Plaintiff"), and defendants, Hyundai Motor America Corporation and Genesis Motor America, LLC (together, "Defendants"), by and through their undersigned counsel, jointly and respectfully move to extend the pre-trial deadlines up to and including the dispositive motion deadline by 60 days on the following grounds:

1. On August 23, 2021, the Court entered an amended scheduling order (the "Order"), which set the trial date for this matter on October 3, 2022. Second Amended Scheduling Order, ECF 30 (the "Order"). Plaintiff's expert witness reports are presently due January 14, 2022. Defendants' expert witness reports are due March 2, 2022, with rebuttal reports due March 17, 2022. The discovery cut-off date is March 30, 2022. After conferring, the parties agree that they will be unable to meet the expert deadlines as provided in the Order due to the extremely large volume of data and documents that must be exchanged and the time necessary to assemble and produce the requested documents. Indeed, Defendants are currently in the process of assembling and producing documents requested by Plaintiff for Plaintiff's expert's analysis of the issues in this case. Accordingly, compliance with the current deadline for Plaintiff's expert report is not feasible.

2. The parties have been diligently pursuing discovery in this matter and have engaged cooperatively in a lengthy and good faith meet and confer process to resolve their disputes related to discovery and to narrow the requests to fit the needs of the case. The parties have agreed upon the documents that will be produced. However, the complexity of the data and the volume of documents require additional time for expert analysis and review.

3. On November 29, 2021, counsel for the parties met and conferred to discuss the status of expert reports and discovery in this matter. All parties agreed that additional time would be needed by their respective experts to complete their initial and rebuttal reports, and to allow the parties sufficient time to prepare for trial.

4. Accordingly, the parties request a 60-day continuance of all pre-trial deadlines up to and including the deadline for dispositive motions while leaving in place the remaining deadlines set forth in the Order.

5. The parties jointly assert that good cause exists to extend the case deadlines.

6. This request is made in good faith and not for the purposes of delay. The parties agree that the extension will not affect the trial date. No party will use the granting of the extension requested herein to support a motion to extend another date or deadline.

7. The parties request the following extensions and modifications to the Order, subject to the Court's schedule and convenience:

| Deadline | Current | Requested |
| --- | --- | --- |
| Plaintiff's Expert Reports | 01/14/2022 | 03/15/2022 |
| Defendants' Expert Reports | 03/02/2022 | 05/02/2022 |
| Expert Rebuttal Reports | 03/17/2022 | 05/17/2022 |
| Discovery Cut-off | 03/30/2022 | 05/30/2022 |
| Motions for Summary Judgment, Judgment on the Pleadings, *Daubert*, and *Markman* motions | 05/02/2022 | 07/01/2022 |
| All Other Motions Including Motions In Limine | 08/10/2022 | No Change |
| Meeting In Person to Prepare Joint Final Pretrial Statement | 09/06/2022 | No Change |
| Joint Final Pretrial Statement | 09/15/2022 | No Change |
| Final Pretrial Conference | 09/22/2022 | No Change |
| Trial Term Begins | 10/03/2022 | No Change |

WHEREFORE, the parties respectfully request the Court extend the deadlines listed above, subject to the Court's schedule and convenience.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g) counsel for the parties certify that they have conferred with each other, have negotiated the relief requested and do not oppose entry of an order granting the relief requested.

Dated: December 8, 2021

/s/ John W. Forehand
John W. Forehand (979813)
R. Craig Spickard (721751)
KURKIN FOREHAND BRANDES LLP
1089 W. Morse Blvd., Suite D
Winter Park, FL 32789
Tel: (850) 391-5060
jforehand@kfb-law.com
cspickard@kfb-law.com

*Attorneys for Plaintiff, FITZGERALD MOTORS, INC.*

/s/ James Andrew Bertron, Jr.
James Andrew Bertron, Jr. (982849)
Ginger Barry Boyd (294550)
NELSON MULLINS BROAD & CASSEL
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
Tel: (850) 681-6810
Andy.bertron@nelsonmullins.com
Ginger.boyd@nelsonmullins.com

Ryan L. Ford (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel: (202)-637-5600
Ryan.ford@hoganlovells.com

Michael Turrill (*pro hac vice*)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Michael.turrill@hoganlovells.com

Laura Groen (*pro hac vice*)
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Tel: (303) 454-2423
Laura.groen@hoganlovells.com

*Attorneys for Defendants, HYUNDAI MOTOR AMERICA CORPORATION and GENESIS MOTOR AMERICA, LLC*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 8, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             /s/ John W. Forehand