UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FITZGERALD MOTORS, INC.,
for itself and in the name of the Department
of Highway Safety and Motor Vehicles of the
State of Florida, for its use and benefit

        Plaintiff,

v.                                  Case No. 8:21-cv-00974-VMC-AAS

GENESIS MOTOR AMERICA, LLC, and
HYUNDAI MOTOR AMERICA,
CORPORATION,

        Defendants.
_____/

## CORRECTED JOINT MOTION TO CONTINUE TRIAL

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Local Rule 3.08, Plaintiff, Fitzgerald Motors, Inc. ("Fitzgerald"), and Defendants, Hyundai Motor America ("HMA") and Genesis Motor America ("GMA"), respectfully request that the Court continue the jury trial in this case, currently scheduled for the February 2023 trial term, until the April 2023 trial term, or the next available trial term thereafter. The parties request this continuance to allow for a second mediation scheduled for February 14, 2023, which the parties believe has a strong chance to lead to the resolution of this case. The parties state in further support of this motion as follows:

1. The trial of this matter is currently scheduled for the February 2023 trial term, beginning on February 6, 2023. (Third Amended Case Management and Scheduling Order, Dkt. 42).

2. As indicated in the parties' Joint Pretrial Statement (Dkt. 68), the parties believe that additional settlement discussions may lead to the resolution of this action.

3. The Court has previously extended pre-trial discovery deadlines (Dkt. 34) and temporarily dismissed the case pending the resolution of the first mediation in this matter (Dkt. 39).

4. While the first mediation and prior settlement negotiations did not result in a settlement, the parties have recently made progress on a new negotiation framework that they believe could lead to a resolution. The parties have developed this framework over discussions spanning several months.

5. The parties have asked Paul Ullom, Esq., the mediator from the parties' prior mediation, to assist them in reaching a settlement based on the new framework.

6. The earliest date mutually available to the parties, counsel, and Mr. Ullom is February 14, 2023. The parties have tentatively scheduled a mediation for that date.

7. The potential settlement is more complex than a straightforward monetary payment, as it implicates multiple components of multiple programs. The matters for resolution include numerous issues related to the relocation of a

car dealership and the renovation and new construction of dealership facilities. These issues necessitate the involvement of third-party professionals such as architects and engineers and require more time for the parties to prepare and evaluate settlement proposals.

8. Based on the complexity of the potential settlement, the parties may need additional time beyond the scheduled mediation date to finalize a settlement agreement. Accordingly, they request a continuance until the April 2023 trial term.

9. The parties have been diligent in preparing this matter for trial and are otherwise prepared to proceed if they are unable to finalize a settlement. The parties have already submitted their Joint Pretrial Statement, including stipulations of fact, witness and exhibit lists, jury instructions, verdict forms, deposition designations and objections. They do not seek this continuance to cause delay or undue prejudice, but to allow for the parties to negotiate in good faith toward an agreed resolution.

## LOCAL RULE 3.01(G) CERTIFICATE

Pursuant to Local Rule 3.01(g), counsel for Plaintiff and Defendants certify that they have conferred with each other regarding this joint request and consent to entry of an order granting the relief requested.

## LOCAL RULE 3.08(B) CERTIFICATE

Pursuant to Local Rule 3.08(b), counsel for Plaintiff and Defendants certify that their respective clients consent to the requested continuance.

Dated: January 8, 2023

| s/John W. Forehand | s/Ryan L. Ford |
|---|---|
| John W. Forehand (979813)<br>R. Craig Spickard (721751)<br>KURKIN FOREHAND BRANDES LLP<br>1089 W. Morse Blvd., Suite D.<br>Winter Park, FL 32789<br>Tel: (850) 391-5060<br>jforehand@kfb-law.com<br>cspickard@kfb-law.com | Ryan L. Ford (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Tel: (202) 637-5600<br>ryan.ford@hoganlovells.com<br><br>Michael Turrill (*pro hac vice*)<br>Jonathan R. Stulberg (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4600<br>michael.turrill@hoganlovells.com<br>jonathan.stulberg@hoganlovells.com<br><br>Kevin D'Olivo (*pro hac vice*)<br>HOGAN LOVELLS US LLP<br>8350 Broad St., 17th Floor<br>Tysons, VA 22102<br>Tel: (703) 610-6100<br>kevin.dolivo@hoganlovells.com<br><br>James Andrew Bertron, Jr. (982849)<br>Ginger Barry Boyd (294550)<br>NELSON MULLINS BROAD & CASSEL<br>215 South Monroe Street, Suite 400<br>Tallahassee, FL 32301<br>Tel: (850) 681-6810<br>andy.bertron@nelsonmullins.com<br>ginger.boyd@nelsonmullins.com |